# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Sutherland Global Services v. Adam Technologies International   **Docket No.:** 15-1063cv

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Joseph B. Koczko

**Firm:** Thompson Hine LLP

**Address:** 335 Madison Ave., 12th Fl.

**Telephone:** (212) 344-5680   **Fax:** (212) 344-6101

**E-mail:** Joseph.Koczko@ThompsonHine.com

**Appearance for:** Adam Technologies International, SA de C.V./ Appellee
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Richard De Palma/Thompson Hine LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

**Signature of Counsel:** s/Joseph B. Koczko

**Type or Print Name:** Joseph B. Koczko